Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53494.**—Yardley & Co., Ltd. v. United States, protests 81367–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53495.**—J. E. Bernard & Company, Inc. v. United States, protests 135615–K/1449, etc. (Chicago).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the crude curare passed upon in Abstract 52532.   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53496.**—Wilson & Co., Inc. v. United States, protests 138188–K and 139047–K (Pembina).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53497.**—George A. Breon & Company v. United States, protest 138609–K (St. Louis).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53498.**—Wilson & Co., Inc. v. United States, protest 146908–K (Detroit).

Opinion by COLE, J.   It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 17, 1949

**No. 53499.**—Abraham & Straus, Inc. *v.* United States, protest 136440–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 53500.**—Gimbel Bros., Inc., et al. *v.* United States, protests 139697–K, etc. (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiffs was therefore sustained.

**No. 53501.**—Blum's, Incorporated *v.* United States, protest 602915–G (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 53502.**—Meier & Frank Co. *v.* United States, protest 889463–G (Portland, Oreg.).

Opinion by RAO, J.   The protest was dismissed.

**No. 53503.**—Fisher Scientific Co. *v.* United States, protests 110672–K, etc. (Pittsburgh).

Opinion by RAO, J.   The protests were dismissed.

**No. 53504.**—W. R. Zanes & Company *v.* United States, protest 114382–K (Galveston).

Opinion by RAO, J.   The protest was dismissed.

**No. 53505.**—Henry W. Peabody & Co. et al. *v.* United States, protests 117283–K, etc. (El Paso, etc.).

Opinion by RAO, J.   The protests were dismissed.